AO 442    (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

Omar Rico-Ramirez

**WARRANT FOR ARREST**

Case Number: DR-16-CR-00260(01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Omar Rico-Ramirez
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

in violation of Title(s) _____   United States Code, Section(s)  SEE ATTACHED PETITION

RECEIVED US MARSHALS W/TX-DEL RIO 2016 DEC 14 AM 9: 24

Trini Barrientez
Name of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

DATE ISSUED:   12/14/2016

Bail fixed at $ _____

Signature of Issuing Officer

12/14/2016                   Del Rio, TX
Date and Location

by   Senior US District Judge Ivan L. R. Lemelle
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |